**Opinion issued September 14, 2023**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-23-00636-CV

————————————

## IN RE MICHAEL GIBBS AND ANA FLORES, Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators, Michael Gibbs and Ana Flores, have filed a petition for writ of mandamus challenging the trial court's order granting real parties in interest's motion for leave to designate a responsible third party.[1] We deny the petition.

---

[1] The underlying case is *Michael Gibbs and Ana Flores v. Pars Properties, Inc. a/k/a Karabalai L R Trust and f/k/a S/F/M Management Corp., and Laura R. Karabalai, Individually*, cause number 202300935, pending in the 333rd District Court of Harris County, Texas, the Honorable Brittanye Morris presiding.

Relators' motion for an emergency stay of the underlying proceedings is dismissed as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Rivas-Molloy, and Guerra.